**C. Murray HENDERSON, Warden, Louisiana
State Penitentiary, et al.**

**No. 50409.**

March 12, 1970.

In re: James E. Magee applying for writs of certiorari and habeas corpus.

The application is denied. The showing made does not support his allegations and is therefore not entitled to the relief sought.

232 So.2d 79

**STATE of Louisiana ex rel.
Harold L. BEARD**

v.

**C. Murray HENDERSON, Warden, Louisiana
State Penitentiary, et al.**

**No. 50448.**

March 12, 1970.

In re: Harold L. Beard applying for writ of habeas corpus and certiorari.

Writ refused. The showing made does not warrant the exercises of either our supervisory or original jurisdiction.

232 So.2d 79

**STATE of Louisiana**

v.

**James Thurman CARLISLE.**

**No. 50449.**

March 12, 1970.

In re: James Thurman Carlisle applying for remedial writs.

Writs refused. We find no error in the ruling complained of.

232 So.2d 79

**MASSEY–FERGUSON, INC.**

v.

**Lawrence COURVILLE.**

**No. 50444.**

March 12, 1970.

In re: Massey-Ferguson, Inc. applying for writs of certiorari and stay order.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.